## RECONSIDERATION OF PRIOR DECISIONS

2004–1979.  Chase Manhattan Mtge. Corp. v. Frazier.
Knox App. No. 2003–CA–31, 2004-Ohio-5523. Reported at 105 Ohio St.3d 1463, 2005-Ohio-1024, 824 N.E.2d 91. On motion for reconsideration. Motion denied.

2004–1997.  Natl. City Bank v. Frazier.
Knox App. No. 2003–CA–30, 2004-Ohio-5562. Reported at 105 Ohio St.3d 1463, 2005-Ohio-1024, 824 N.E.2d 92. On motion for reconsideration. Motion denied.

2004–1998.  Cotten v. Houk.
Madison App. No. CA2003–12–041, 2004-Ohio-5823. Reported at 105 Ohio St.3d 1463, 2005-Ohio-1024, 824 N.E.2d 92. On motion for reconsideration. Motion denied.

2004–2026.  Cenc v. Hayes.
Cuyahoga App. No. 84027. Reported at 105 Ohio St.3d 1464, 2005-Ohio-1024, 824 N.E.2d 92. On motion for reconsideration. Motion denied.
   PFEIFER, J., dissents.

2004–2046.  Estate of Schmidt v. Derenia.
Franklin App. Nos. 03AP–335 and 03AP–493, 158 Ohio App.3d 738, 2004-Ohio-5431. Reported at 105 Ohio St.3d 1464, 2005-Ohio-1024, 824 N.E.2d 92. On motion for reconsideration. Motion denied.
   PFEIFER, J., dissents.

2005–0005.  Bank One, N.A. v. Lytle.
Lorain App. No. 04CA008463, 2004-Ohio-6547. Reported at 105 Ohio St.3d 1471, 2005-Ohio-1186, 824 N.E.2d 541. On motion for reconsideration. Motion denied.

2005–0155.  State v. Sherrills.
Cuyahoga App. No. 84594. Reported at 105 Ohio St.3d 1473, 2005-Ohio-1186, 824 N.E.2d 542. On motion for reconsideration. Motion denied.
   O'DONNELL, J., not participating.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

### May 12, 2005

[Cite as *05/12/2005 Case Announcements,* 2005-Ohio-2311.]

## MOTION AND PROCEDURAL RULINGS

2002–2032.  State v. Brinkley.
Lucas C. P. No. CR00–2826. Upon consideration of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the timely filing of a petition for a writ of certiorari in the Supreme Court of the United States and pending the exhaustion of state post conviction remedies,
   IT IS ORDERED by the court that said motion be, and hereby is, granted.
   IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and hereby are, stayed pending the timely filing of the petition in the Supreme Court of the United States.
   IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.
   IT IS FURTHER ORDERED by the court that this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.
   IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court upon a final disposition by the Supreme Court of the United States or when all proceedings for post-conviction relief before the courts of this state have been exhausted, whichever occurs later.